# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

ALEXANDER ELTMAN, on behalf of himself
and all others similarly situated,

    Plaintiff,

V.

COLUMBIA/HCA HEALTHCARE CORPORATION,
INC.,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 00-6124 CIV-ZLOCH

MAGISTRATE JUDGE
SELTZER

TO: (Name and address of defendant)

    COLUMBIA/HCA HEALTHCARE CORPORATION, INC.
    SERVE REGISTERED AGENT: THE PRENTICE-HALL CORPORATION SYSTEM, INC.
    1201 Hays Street, Suite 105
    Tallahassee, Fl 32301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Kenneth J. Vianale
    MILBERG WEISS BERSHAD HYNES & LERACH LLP
    5355 Town Center Road, Suite 900
    Boca Raton, Fl 33486

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

January 26, 2000

DATE

