AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

ALEXANDER ELTMAN, on behalf of himself
and all others similarly situated,

    Plaintiff,

V.

COLUMBIA/HCA HEALTHCARE CORPORATION,
INC.,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 00-6124

CIV-ZLOCH

MAGISTRATE JUDGE
SELTZER

TO: (Name and address of defendant)

    COLUMBIA/HCA HEALTHCARE CORPORATION, INC.
    SERVE REGISTERED AGENT: THE PRENTICE-HALL CORPORATION SYSTEM, INC.
    1201 Hays Street, Suite 105
    Tallahassee, Fl 32301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Kenneth J. Vianale
    MILBERG WEISS BERSHAD HYNES & LERACH LLP
    5355 Town Center Road, Suite 900
    Boca Raton, Fl 33486

Recd 2-14-00
Served Tina Bartlett
On 2-17-00 at 11:05 AM

Herman Mathers
Special Process Server #2
Leon County, Florida

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
**CLERK**

Q. Jordan
(BY) DEPUTY CLERK

January 26, 2000
DATE

LANG DETECTIVE AGENCY

**AFFIDAVIT OF SERVICE**

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 00-6124

Plaintiff:
**ALEXANDER ELTMAN, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED**

vs.

Defendant:
**COLUMBIA/HCA HEALTHCARE CORPORATION, INC.**

For:
Kenneth J. Vianale, Esquire
5355 Town Center Road
Suite 900
Boca Raton FL

Received by LANG DETECTIVE AGENCY on the 14th day of February, 2000 at 1:00 pm to be served on COLUMBIA/HCA HEALTHCARE CORPORATION, INC., SERVE REGISTERED AGENT: THE PRENTICE HALL CORPORATION SYSTEM, INC., 1201 HAYS STREET, SUITE 105, TALLAHASSEE, FL.

I, Herman Mathers, being duly sworn, depose and say that on the 15th day of February, 2000 at 11:05 am, I:

Served the within named CORPORATION by delivering a true copy of the SUMMONS AND PLAINTIFF'S COLLECTIVE ACTION COMPLAINT with the date and hour of service endorsed thereon by me to PRENTICE-HALL CORPORATION SYSTEMS, INC. as REGISTERED AGENT, by serving TINA BARTLETT as employee authorized to accept service for registered agent.

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Special Process Server in the county in which it was served.

Subscribed and Sworn to before me on the 16th day of February, 2000 by the affiant who is personally known to me

_Sandra K. Canada_
NOTARY PUBLIC

Herman Mathers
SPECIAL PROCESS SERVER #2

**LANG DETECTIVE AGENCY**
P.O. Box 14424
Ft. Lauderdale, FL 33302-4424
(954) 523-2513

Our Job Serial Number: 2000000214


Sandra K. Canada
MY COMMISSION # CC868905 EXPIRES
September 21, 2003
BONDED THRU TROY FAIN INSURANCE, INC.

Copyright © 1992-1999 Database Services, Inc. - Process Server's Toolbox V5.3d