UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 00-6124-CIV-ZLOCH



ALEXANDER ELTMAN, on behalf of himself and )
all others similarly situated, )
)
        Plaintiff, )
)
-v- )
)
COLUMBIA/HCA HEALTHCARE )
CORPORATION, INC., )
)
        Defendant. )
_____ )



**AGREED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff, by and through undersigned counsel, respectfully moves this Court for an order extending plaintiff's time to file his Memorandum of Law in Opposition to defendant's Motion to Dismiss until April 14, 2000.[1] The reasons supporting this motion are as follows:

1.    On March 6, 2000, defendant moved to dismiss plaintiff's complaint.

2.    Pursuant to L.R. 7.1(c), plaintiff's memorandum of law in opposition to defendant's motion to dismiss is currently due March 23, 2000.

3.    Plaintiff's counsel will be traveling in and out if the state on business through the end of this month. As a result, plaintiff needs additional time in order to prepare an appropriate memorandum of law in response to defendant's motion to dismiss.

4.    Good cause exists for granting this motion. Plaintiff hereby moves this Court to

---

[1]    Pursuant to Rule 7.1A(1)(a)(j) of the Local Rules, this motion is not accompanied by a memorandum of law because it is a motion for an extension of time supported by good cause.

extend the time for plaintiff to respond to defendant's Motion to Dismiss whereby plaintiff's Memorandum of Law in Opposition to defendant's Motion to Dismiss would be due no later than April 14, 2000.

5.  Counsel for defendant has been contacted and has agreed to the granting of the attached order.

WHEREFORE, plaintiff respectfully requests that the Court grant plaintiff's Agreed Motion for Extension of Time to respond to defendant's Motion to Dismiss until April 14, 2000. A proposed order on this agreed motion is attached hereto.

Dated: March 17, 2000.

**MILBERG WEISS BERSHAD HYNES & LERACH LLP**

By: _____
Kenneth J. Vianale
(Fla. Bar No. 469668)
kjv@mwbhlny.com
Jack Reise
(Fla. Bar No. 058149)
jr@mwbhlny.com

5355 Town Center Road, Suite 900
Boca Raton, FL 33486
Tel: (561) 361-5000
Fax: (561) 367-8400

-and-

Melvyn I. Weiss
One Pennsylvania Plaza
New York, New York 10119
Tel.: (212) 594-5300
Fax: (212) 868-1229

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS has been furnished by U.S. Mail to:

> Edmund J. McKenna, Esq.
> FORD & HARRISON LLP
> 101 E. Kennedy Boulevard
> Suite 900
> Tampa, Florida 33602

_____
Kenneth J. Vianale

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 00-6124-CIV-ZLOCH

| | |
|---|---|
| ALEXANDER ELTMAN, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| -v- | ) ) |
| COLUMBIA/HCA HEALTHCARE CORPORATION, INC., | ) ) ) |
| Defendant. | ) ) |

### [PROPOSED] ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

**THIS MATTER** came before the court upon the parties' Agreed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss, and the Court, upon consideration of the motion and the entire record in this action, it is

**ORDERED AND ADJUDGED** that the Agreed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss is hereby **granted**. Plaintiff shall have until April 14, 2000 to file his Memorandum of Law in Opposition to the defendant's Motion to Dismiss.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale on _____, 2000.

_____
United States District Judge

Copies Furnished To All Counsel of Record

## SERVICE LIST

MILBERG WEISS BERSHAD
 HYNES & LERACH LLP
Kenneth J. Vianale
Jack Reise
5355 Town Center Road, Suite 900
Boca Raton, FL 33486

FORD & HARRISON LLP
Edmund J. McKenna
101 East Kennedy Boulevard
Suite 900
Tampa, FL 33602