UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6124-CIV-ZLOCH

ALEXANDER ELTMAN, on behalf of
himself and all others
similarly situated

    Plaintiff,

vs.    **O R D E R**

COLUMBIA HEALTHCARE CORPORATION,
INC.,

    Defendant.
_____/



THIS MATTER is before the Court upon the Plaintiff, Alexander Eltman's Agreed Motion For Extension Of Time To Respond To Defendant's Motion To Dismiss (DE Nos. 6 and 7). The Court has carefully reviewed said Motion and after due consideration, it is

**ORDERED AND ADJUDGED** that the Plaintiff, Alexander Eltman's aforementioned Agreed Motion For Extension Of Time To Respond To Defendant's Motion To Dismiss (DE Nos. 6 and 7) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this _____ day of March, 2000.

                              WILLIAM J. ZLOCH
                              United States District Judge

Copies furnished:

Kenneth J. Vianale, Esq.
Jack Reise, Esq.
Edmund McKenna, Esq.

