UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6124-CIV-ZLOCH



ALEXANDER ELTMAN, on behalf
of himself and all others
similarly situated,

    Plaintiff,

vs.

COLUMBIA/HCA HEALTHCARE
CORPORATION, INC.,

    Defendant.
_____/

**O R D E R**

    THIS MATTER is before the Court upon the Defendant, Columbia/HCA Healthcare, Inc.'s Unopposed Motion Of Defendant Columbia/HCA Healthcare Corporation, Inc. For Stay Of The Local Rule 16.1.B Scheduling Report (DE 9). The Court having carefully reviewed said Motion and the entire Court file herein, and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** that the Defendant, Columbia/HCA Healthcare, Inc.'s Unopposed Motion Of Defendant Columbia/HCA Healthcare Corporation, Inc. For Stay Of The Local Rule 16.1.B Scheduling Report (DE 9) be and the same is hereby **GRANTED**, and discovery in the above-styled cause shall be stayed until the Court



rules on the Defendant's Motion To Dismiss Complaint (DE 4).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this _____ day of April, 2000.

                                              _____
                                              WILLIAM J. ZLOCH
                                              United States District Judge

Copies furnished:

Kenneth Vianale, Esq.
Jack Reise, Esq.
Melvyn I. Weiss, Esq.
For Plaintiff

Edmund McKenna, Esq.
For Defendant