ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6124-CIV-ZLOCH

ALEXANDER ELTMAN, on behalf of himself and )
all others similarly situated, )
)
Plaintiff, )
)
-v- )
)
COLUMBIA/HCA HEALTHCARE )
CORPORATION, INC., )
)
Defendant. )

NIGHT BOX
FILED

APR 0 4 2000

CLERK, USDC / SDFL / WPB

### AFFIDAVIT OF KENNETH J. VIANALE

State of Florida           )
                           ) ss.:
County of Palm Beach       )

KENNETH J. VIANALE, being duly sworn, deposes and says:

1.  I am a member of the bar of this Court and I submit this affidavit in opposition to defendants' Motion to Dismiss the Complaint.

2.  Annexed hereto as Exhibit A is a true and correct copy of Columbia/HCA Healthcare Corporation's ("Columbia") 1990 Annual Report to Stockholders.

3.  Annexed hereto as Exhibit B is a copy of Columbia's 1992 Form 10-K.

4.  Annexed hereto as Exhibit C is a copy of Columbia's 1999 Form 10-K.

F:\BOCA\PLEADING\HEALTHCA\lep00115.wpd - April 4, 2000 (5:26PM)

_signature_
Kenneth J. Vianale

Sworn to before me this
4th day of April, 2000

_signature_
Notary Public

Lori Politis
MY COMMISSION # CC794704 EXPIRES
December 3, 2002
BONDED THRU TROY FAIN INSURANCE, INC.

F:\BOCA\PLEADING\HEALTHCA\lcp00115.wpd - April 4, 2000 (5:26PM)

# ADDITIONAL

# ATTACHMENTS

# <u>NOT</u>

# SCANNED

PLEASE REFER TO COURT FILE